# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CYNTHIA K. MCGEE  
201 SOUTH STATE STREET  
POPLAR GROVE, IL 61065  

SSN-xxx-xx-8361

Case Number: 07-72165

Case filed on: 9/11/2007  
Plan Confirmed on:

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $700.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 1,000.00 | 1,000.00 | 654.50 | 0.00 |
|  | Total Legal | 1,000.00 | 1,000.00 | 654.50 | 0.00 |
| 005 | HOMEQ SERVICING CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NEW CENTURY MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CYNTHIA K. MCGEE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BOONE COUNTY TREASURER | 3,018.00 | 3,018.00 | 0.00 | 0.00 |
| 002 | EMC MORTGAGE CORPORATION | 15,865.75 | 0.00 | 0.00 | 0.00 |
| 003 | MCHENRY COUNTY TREASURER | 1,546.00 | 1,546.00 | 0.00 | 0.00 |
| 004 | HOMEQ | 16,869.61 | 0.00 | 0.00 | 0.00 |
| 006 | UMLI/UM CAPITAL LLC | 3,754.98 | 3,754.98 | 0.00 | 0.00 |
|  | Total Secured | 41,054.34 | 8,318.98 | 0.00 | 0.00 |
| 008 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DISH NETWORK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NEXTEL COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASSET ACCEPTANCE CORP | 323.35 | 323.35 | 0.00 | 0.00 |
| 012 | VILLAGE OF POPLAR GROVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JESSE DICKSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ASSET ACCEPTANCE CORP | 3,999.06 | 3,999.06 | 0.00 | 0.00 |
| 015 | PORTFOLIO RECOVERY ASSOCIATES | 372.89 | 372.89 | 0.00 | 0.00 |
|  | Total Unsecured | 4,695.30 | 4,695.30 | 0.00 | 0.00 |
|  | Grand Total: | 46,749.64 | 14,014.28 | 654.50 | 0.00 |

Total Paid Claimant:     $654.50  
Trustee Allowance:        $45.50  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008            By  /s/Heather M. Fagan